UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFREDA SMITH-BURRUS, | No. 2:14-CV-00153-LRS |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WWW.SOCIAL SECURITY.GOV, *et. al.*, | |
| Defendants. | |

Good cause appearing and Plaintiff having not filed any objections within the time allowed, the Magistrate Judge's "Report And Recommendation" (ECF No. 8) is **ADOPTED** in its entirety. This file is hereby **CLOSED** for the reasons set forth in the "Report And Recommendation."

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide a copy of it to Plaintiff and to Magistrate Judge Rodgers.

**DATED** this ___19th___ day of August, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION-            1